IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSIS
FILED
NOV 18 20..
J. T. NOBLIN, CLER
BY_____

UNITED STATES OF AMERICA

V.                                                          CRIMINAL NO. 3:05cr169HTW-JCS

HERMAN MAY                                          29 U.S.C. § 439(c)

**The United States Attorney charges:**

That from on or about November 20, 2000, and continuing on to on or about September 4, 2004, in Copiah County, in the Jackson Division of the Southern District of Mississippi, the defendant, **HERMAN MAY**, while serving as an officer for the Communication Workers of America, Local 83-799, Crystal Springs, Mississippi, a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code, did wilfully make and cause to be made false records and representations of material facts in records required to be kept by Section 436 of Title 29, United States Code, in that the defendant made false entries on union vouchers in order to authorize payments to him for time lost from work, all in violation of Section 439(c), Title 29, United States Code.

for DUNN LAMPTON
United States Attorney